UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES ROBERT BARKACS,<br><br>        Petitioner,<br><br>    v.<br><br>GOODWIN, et al.,<br><br>        Respondent. | 1:22-cv-00986 BAK (HBK)<br><br>ORDER TRANSFERRING CASE TO THE SOUTHERN DISTRICT OF CALIFORNIA<br><br>(Doc. No. 1) |

      Petitioner James Robert Barkacs is proceeding pro se on his petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 on August 9, 2022. (Doc. No. 1). Barkacs is a state prisoner incarcerated at Pleasant Valley Prison, Coalinga, California, which is within the jurisdiction and venue of this Court's Fresno Division. (*Id*. at 1). Barkacs challenges his April 6, 2005 state sentence and conviction entered by the Superior Court of San Diego, which is located within the jurisdiction and venue of the San Diego Division of the United States District Court for the Southern District of California. (Id. at 2).

      Under 28 U.S.C. § 2241(d), jurisdiction is proper in the judicial district where the petitioner was convicted or where the petitioner is incarcerated. Therefore, both the Southern District of California and the Eastern District of California have concurrent jurisdiction. *See* 28

U.S.C. § 2241(d); *Rumsfeld v. Padilla*, 542 U.S. 426, 428 (2004). However, "[f]or the convenience of parties and witnesses, in the interest of justice, a district court may transfer any civil action to any other district or division where it might have been brought." 28 U.S.C. § 1404(a). Federal courts in California generally hear petitions for writ of habeas corpus in the district of conviction. *Favor v. California*, No. 116-CV-01912-DAD-EPG-HC, 2017 WL 2671006, at *1 (E.D. Cal. June 21, 2017) (*citing Laue v. Nelson*, 279 F. Supp. 265, 266 (N.D. Cal. 1968). Thus, the Court finds in its discretion "and in furtherance of justice" the petition should be transferred to the Southern District of California. 28 U.S.C. §§ 1404(a), 2241(d).

Accordingly, it is hereby ORDERED:

The Clerk of Court shall transfer this action to the United States District Court for the Southern District of California, San Diego Division.

Dated:   August 22, 2022

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE